1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
3  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
4  Telephone: 916-660-9401
   Facsimile: 916-660-9378
5
6  Attorneys for Defendants, Mehboob Khan dba ARCO Gasoline Station and Detroit-
   Monument Properties, LLC
7
8  RICHARD MAC BRIDE, SBN 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
9  865 Marina Bay Parkway, Suite 43
   Richmond, CA  94804
10 Telephone:  415-730-6289
   Facsimile:  510-439-2786
11
12 Attorney for Plaintiff, Jose Daniel Castillo-Antonio

13           **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15 Jose Daniel Castillo-Antonio,              Case No. 3:15-cv-00019-JCS

16           Plaintiff,                       STIPULATION RE: EXTENSION OF TIME
                                              UNTIL FEBRUARY 26, 2015 FOR
17      v.                                    DEFENDANTS TO RESPOND TO
                                              COMPLAINT
18
   Mehboob Khan dba ARCO Gasoline
19 Station, Detroit-Monument Properties,
   LLC; and Does 1 to 50, inclusive,
20
21           Defendants.

22

23      Pursuant to Local Rule 6-1(a), Plaintiff, Jose Daniel Castillo-Antonio, and

24 Defendants, Mehboob Khan dba ARCO Gasoline Station and Detroit-Monument

25 Properties, LLC, by and through their respective counsel stipulate as follows:

1.    The Defendants have not previously requested an extension of time to respond to the Complaint;

2.    The parties stipulate that Defendants have requested an extension until February 26, 2015 to respond or otherwise plead;

3.    The parties stipulate to Defendants' request for an extension until February 26, 2015 to respond or otherwise plead;

4.    Defendants' response will be due no later than February 26, 2015;

5.    All other dates previously set by the Court will remain in effect and this extension will not affect any previously set dates.

IT IS SO STIPULATED effective as of February 12, 2015.


Dated: February 12, 2015              ____/s/ Cris C. Vaughan
                                      CRIS C. VAUGHAN
                                      Attorney for Defendants,
                                      Mehboob Khan and Detroit-Monument
                                      Properties, LLC


Dated: February 12, 2015               /s/ Richard A. Mac Bride
                                      RICHARD A. MAC BRIDE
                                      Attorney for Plaintiff,
                                      Jose Daniel Castillo-Antonio


Dated: 2/13/15

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA